**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| PENNSYLVANIA ENVIRONMENTAL DEFENSE FOUNDATION,<br><br>Appellant<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, AND JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF PENNSYLVANIA,<br><br>Appellees | : No. 20 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 358<br>: MD 2018 dated February 27, 2023.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW,** this 18th day of October, 2023, the Notice of Appeal is **QUASHED,** as the basis for jurisdiction identified by Appellant is infirm.